**Order entered December 29, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01184-CR

**DEMPSTER A. ROSS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80539-2014**

## ORDER

The Court **DENIES** as moot appellant's December 23, 2014 "motion to unabate" the appeal. By order dated December 23, 2014, the Court vacated the December 5, 2014 order requiring findings and set a deadline for appellant's brief.

/s/     ADA BROWN
        JUSTICE